UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

KATRINA BERGUNDER,

    Plaintiff,

 -vs-                                  Case No. 23-12886
                                        Hon. Bernard A Friedman

JPMORGAN CHASE BANK, NA,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

For the reasons set forth in the attached brief in support, counsel for Plaintiff requests that this Honorable Court allow him to withdraw as attorney of record.

                Respectfully Submitted,

                ADAM G. TAUB & ASSOCIATES
                CONSUMER LAW GROUP, PLC

                By:    /s/ Adam G. Taub
                         Adam G. Taub (P48703)
                         Attorney for Katrina Bergunder
                         17200 West 10 Mile Rd. Suite 200
                         Southfield, MI 48075
                         Phone:  (248) 746-3790
                         Email:  adamgtaub@clgplc.net

Dated: March 22, 2024

UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

KATRINA BERGUNDER,

    Plaintiff,                                  DEMAND FOR JURY TRIAL

-vs-                                            Case No. 23-12886
                                                 Hon. Bernard A Friedman

JPMORGAN CHASE BANK, NA,

    Defendant.

## BRIEF IN SUPPORT OF

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff counsel, with authorization of his client, accepted the material terms of a settlement agreement with the Defendant. Plaintiff continues to disagree with their attorney about standard language in the settlement agreement and release and refuses to execute the settlement agreement, choosing a course of action which is incomprehensible to this attorney. As such, there has been a breakdown in the attorney client relationship and the attorney of record cannot ethically advocate for Plaintiff's directives.

This Court has discretion to grant leave to withdraw as counsel. *United States v. Mack*, 258 F.3d 548, 555-56 (6th Cir. 2001). "Withdrawal is presumptively appropriate where [ethical] rule requirements are satisfied." *Brandon v. Blech*, 560

F.3d 536, 538 (6th Cir. 2009). The Michigan Rules of Professional Conduct allow an attorney to withdraw after a showing of good cause. Mich. R. Prof'l Conduct 1.16(b).

There has been a breakdown in the attorney-client relationship. Specifically, Plaintiff no longer wishes to follow the legal advice of their attorney.

Counsel's law firm maintains a lien on any settlement proceeds.

ACCORDINGLY, pursuant to 1.16(b)(6) of the Michigan Rules of Professional Conduct, and for good cause shown, withdrawal as counsel for Plaintiff is requested.

    Respectfully Submitted,

    ADAM G. TAUB & ASSOCIATES
    CONSUMER LAW GROUP, PLC

    By:   /s/ Adam G. Taub
          Adam G. Taub (P48703)
          Attorney for Katrina Bergunder
          17200 West 10 Mile Rd. Suite 200
          Southfield, MI 48075
          Phone: (248) 746-3790
          Email: adamgtaub@clgplc.net

Dated: March 22, 2024

## Certificate of Service

My name is Adam G. Taub and I am an officer of this Court. On March 22, 2024, I served all parties entitled to notice with the foregoing document by electronic filing and service to each record address. I also served the Plaintiff via email at her last known email address.

        Respectfully Submitted,

        ADAM G. TAUB & ASSOCIATES
        CONSUMER LAW GROUP, PLC

        By:   /s/ Adam G. Taub
               Adam G. Taub (P48703)
               Attorney for Katrina Bergunder
               17200 West 10 Mile Rd. Suite 200
               Southfield, MI 48075
               Phone:  (248) 746-3790
               Email:   adamgtaub@clgplc.net

Dated:  March 22, 2024