# ATTACHMENT A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549



# FORM 10-K

**(Mark One)**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2024**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**
**Commission file number 001-38769**

# The Cigna Group

(Exact name of registrant as specified in its charter)

| Delaware | 82-4991898 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **900 Cottage Grove Road, Bloomfield, Connecticut** | **06002** |
| (Address of principal executive offices) | (Zip Code) |

**(860) 226-6000**
Registrant's telephone number, including area code

| Securities registered pursuant to Section 12(b) of the Act: | | |
|---|---|---|
| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
| **Common Stock, Par Value $0.01** | **CI** | **New York Stock Exchange, Inc.** |

| Securities registered pursuant to Section 12(g) of the Act: |
|---|
| **NONE** |

| | Yes | No |
|---|---|---|
| Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. | ☒ | ☐ |
| Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. | ☐ | ☒ |
| Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. | ☒ | ☐ |
| Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). | ☒ | ☐ |

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ | Non-accelerated filer | ☐ |
|---|---|---|---|---|---|
| | | Smaller reporting company | ☐ | Emerging growth company | ☐ |

| | |
|---|---|
| If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. | ☐ |
| Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. | ☒ |
| If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. | ☐ |
| Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). | ☐ |
| Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). | ☐  ☒ |

The aggregate market value of the voting stock held by non-affiliates of the registrant as of June 28, 2024 was approximately $92.1 billion.

As of January 31, 2025, 273,678,464 shares of the registrant's Common Stock were outstanding.

DOCUMENTS INCORPORATED BY REFERENCE

Part III of this Form 10-K incorporates by reference information from the registrant's definitive proxy statement related to the 2025 annual meeting of shareholders.

**Exhibit 21**

**Exhibit 21 – Subsidiaries of the Registrant**

Listed below are subsidiaries of The Cigna Group as of December 31, 2024 with their jurisdictions of organization. Those subsidiaries not listed would not, in the aggregate, constitute a "significant subsidiary" of The Cigna Group, as that term is defined in Rule 1-02(w) of Regulation S-X.

| 2024 Subsidiaries Or Affiliates | Jurisdiction |
| --- | --- |
| Accredo Health, Incorporated | Delaware |
| Allegiance Life & Health Insurance Company | Montana |
| American Retirement Life Insurance Company | Ohio |
| Bravo Health Mid-Atlantic, Inc. | Maryland |
| Bravo Health Pennsylvania, Inc. | Pennsylvania |
| Care Continuum, Inc. | Kentucky |
| CareCore NJ, LLC | New Jersey |
| Chiro Alliance Corporation | Florida |
| Cigna & CMB Life Insurance Company Limited | China |
| Cigna Arbor Life Insurance Company | Connecticut |
| Cigna Dental Health Of California, Inc. | California |
| Cigna Dental Health Of Colorado, Inc. | Colorado |
| Cigna Dental Health Of Delaware, Inc. | Delaware |
| Cigna Dental Health Of Florida, Inc. | Florida |
| Cigna Dental Health Of Kansas, Inc. | Kansas |
| Cigna Dental Health Of Kentucky, Inc. | Kentucky |
| Cigna Dental Health Of Maryland, Inc. | Maryland |
| Cigna Dental Health Of Missouri, Inc. | Missouri |
| Cigna Dental Health Of New Jersey, Inc. | New Jersey |
| Cigna Dental Health Of North Carolina, Inc. | North Carolina |
| Cigna Dental Health Of Ohio, Inc. | Ohio |
| Cigna Dental Health Of Pennsylvania, Inc. | Pennsylvania |
| Cigna Dental Health Of Texas, Inc. | Texas |
| Cigna Dental Health Of Virginia, Inc. | Virginia |
| Cigna Dental Health Plan Of Arizona, Inc. | Arizona |
| Cigna Europe Insurance Company S.A.-N.V. | Belgium |
| Cigna Global Insurance Company Limited | Guernsey |
| Cigna Global Reinsurance Company, Ltd. | Bermuda |
| Cigna Health and Life Insurance Company | Connecticut |
| Cigna HealthCare of Arizona, Inc. | Arizona |
| Cigna HealthCare of California, Inc. | California |
| Cigna HealthCare of Colorado, Inc. | Colorado |
| Cigna HealthCare of Connecticut, Inc. | Connecticut |
| Cigna HealthCare of Florida, Inc. | Florida |
| Cigna HealthCare of Georgia, Inc. | Georgia |
| Cigna HealthCare of Illinois, Inc. | Illinois |
| Cigna HealthCare of Indiana, Inc. | Indiana |

| | |
|---|---|
| Cigna HealthCare of New Hampshire, Inc. | New Hampshire |
| Cigna HealthCare of New Jersey, Inc. | New Jersey |
| Cigna HealthCare of North Carolina, Inc. | North Carolina |
| Cigna HealthCare of South Carolina, Inc. | South Carolina |
| Cigna HealthCare of St. Louis, Inc. | Missouri |
| Cigna HealthCare of Tennessee, Inc. | Tennessee |
| Cigna HealthCare of Texas, Inc. | Texas |
| Cigna Holding Company | Delaware |
| Cigna Holdings, Inc. | Delaware |
| Cigna Insurance Company | Ohio |
| Cigna Insurance Middle East S.A.L. | Lebanon |
| Cigna Life Insurance Company of Canada | Canada |
| Cigna Life Insurance Company of Europe S.A.-N.V. | Belgium |
| Cigna National Health Insurance Company | Ohio |
| Cigna Services Middle East FZE | Dubai |
| Cigna Worldwide General Insurance Company Limited | Hong Kong |
| Cigna Worldwide Insurance Company | Delaware |
| Cigna-Evernorth Enterprise Services, Inc. | Delaware |
| Connecticut General Corporation | Connecticut |
| Connecticut General Life Insurance Company | Connecticut |
| Evernorth Accountable Care, LLC | Delaware |
| Evernorth Health, Inc. | Delaware |
| Evernorth Wholesale Distribution, Inc. | Delaware |
| Evernorth-VillageMD Care Alliance of NJ, LLC (F/K/A "ENAC of NJ, LLC") | New Jersey |
| eviCore Healthcare MSI, LLC | Tennessee |
| Express Reinsurance Company | Missouri |
| Express Scripts Administrators LLC | Delaware |
| Express Scripts Utilization Management Company | Delaware |
| Express Scripts, Inc. | Delaware |
| HealthSpring Life & Health Insurance Company, Inc. | Texas |
| HealthSpring of Florida, Inc. | Florida |
| Inside RX, LLC | Delaware |
| Loyal American Life Insurance Company | Ohio |
| ManipalCigna Health Insurance Company Limited | India |
| Matrix Healthcare Services, Inc. | Florida |
| Medco Containment Insurance Company of NY | New York |
| Medco Containment Life Insurance Company | Pennsylvania |
| Medco Health Solutions, Inc. | Delaware |
| MSI Health Organization of Texas, Inc. | Texas |
| Provident American Life & Health Insurance Company | Ohio |
| Sterling Life Insurance Company | Illinois |
| Temple Insurance Company Limited | Bermuda |