## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>               Plaintiff,<br><br>     v.<br><br>EXPRESS SCRIPTS, INC.;<br>EVERNORTH HEALTH, INC.,<br>formerly known as Express Scripts<br>Holding Company; and PRIME<br>THERAPEUTICS LLC,<br><br>               Defendants. | Case No. 2:25-cv-11215-JJCG-KGA<br><br>Hon. Jonathan J.C. Grey |

### STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4 and Fed. R. Civ. P. 7.1, Defendant Prime Therapeutics LLC makes the following disclosures.[1]

### PART I – CITIZENSHIP

☐  Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐  This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☐  This party is a corporation incorporated in the State of
_____ and with a principal place of business in
the State of _____.

☐  This party is an unincorporated association, general partnership,
limited partnership, or limited liability company.  If so, identify the
nature of the entity and the name and citizenship of every person or
entity that is relevant for purposes of determining diversity
citizenship, including the name and citizenship of any general partner,
and the name and citizenship of each member of a limited liability
company.

☐  This party is a trust.  If so, identify each trustee and each trustee's
State of citizenship. If any trustee is an entity, identify the citizenship
of the entity.

## PART II – FINANCIAL AFFILIATIONS

☐  None of the entries below applies to this party.

x  This party has one or more parent entities.  If so, please identify all
parent entities.

> The sole parent entity of Prime Therapeutics LLC is
> Prime Health Holdings LLC.  Prime Health Holdings
> LLC is owned by twelve Blue Cross Blue Shield plan
> member owners.  The identities and jurisdictions of
> organization of these owners are:

1.      Blue Cross and Blue Shield of Alabama, Inc., Alabama;

2.      Blue Cross and Blue Shield of Kansas, Inc., Kansas;

3.      Blue Cross and Blue Shield of Nebraska, Inc., Nebraska;

4.      Blue Cross & Blue Shield of Rhode Island, Inc., Rhode
        Island;

5.      Blue Cross and Blue Shield of Wyoming, Wyoming;

6.      Health Care Service Corporation, Illinois;

7.      HealthyDakota Group Investment Holdings, North Dakota;

8.      Elmerton Avenue Investments, Inc., Pennsylvania;

9.      Navigy Holdings, Inc., Florida;

10.     NobleHealth, Inc., North Carolina;

11.     OmedaRx, Inc., Oregon; and

12.     Pharmacy Gold, Inc., Minnesota.

x  This party has one or more subsidiaries.  If so, please identify all subsidiaries.

Listed below are subsidiaries of Prime Therapeutics LLC:

1.      Prime Therapeutics Management LLC;

2.      Prime Therapeutics Management IPA, LLC;

3.      Prime Therapeutics Pharmacy Solutions LLC;

4.      Prime Therapeutics State Government Solutions LLC;

5.      FHC, Inc.;

6.      Provider Synergies, L.L.C.

x  This party has one or more affiliates.  If so, please identify all affiliates.

In addition to Prime Therapeutics LLC, Prime Health Holdings LLC is also the sole parent entity of the following entities:

1.      Prime Together Foundation;

2.      Prime Pharmacy Holdings LLC;

3.      Prime Health Investments LLC;

3

4.       Prime Landing Insurance Company;

5.       Merit Health Insurance Company; and

6.       Granite Alliance Insurance Company.

x  An entity, not a party to this action, has at least 10% ownership interest in this party.  If so, identify all such owners.

All interests in Prime Therapeutics LLC are directly held by Prime Health Holdings LLC.  Two Blue Cross Blue Shield member plan owners have at least 10% ownership in Prime Health Holdings LLC.  The identities and jurisdictions of organization of those owners are:

1.       Health Care Service Corporation, Illinois; and

2.       Blue Cross and Blue Shield of Alabama, Inc., Alabama.

☐  An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation. If so, identify each such entity's financial interest in the litigation.

Signature: /s/ Michael J. Zaken
Printed Name: Michael J. Zaken
Bar Number:
Firm Name: CRAVATH, SWAINE & MOORE LLP
Address: 375 Ninth Avenue
City, State, Zip Code: New York, NY 10001
Phone: (212) 474-1000
Email Address: mzaken@cravath.com

Date: July 14, 2025