UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Katrina Bergunder [E−filer],

                Plaintiff(s),

v.                                     Case No. 2:23−cv−12886−SFC−EAS
                                          Hon. Sean F. Cox

JP Morgan Chase Bank, NA,

                Defendant(s),
_____

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion for Summary Judgment − #34

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Sean F. Cox **without** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/Jennifer McCoy
                                                Case Manager

Dated:   October 10, 2024