**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiff,<br><br>-v-<br><br>EXPRESS SCRIPTS, INC., et al.,<br><br>Defendants. | Case No. 2:25-cv-11215-JJCG-KGA<br><br>Hon. Jonathan J.C. Grey |

**NOTICE OF APPEARANCE OF PROSED INTERVENOR'S**

**COUNSEL**

PLEASE TAKE NOTICE THAT  Kathryn Regan Eisenstein of Mantese Honigman, P.C. appears as local counsel for Proposed Intervenor National Community Pharmacists Association in this matter.

Respectfully submitted,

*/s/Kathryn Regan Eisenstein*
**MANTESE HONIGMAN, P.C.**
Kathryn Regan Eisenstein (P66371)
1361 E. Big Beaver Rd.
Troy, MI 48083
(248) 457-9200
keisenstein@manteselaw.com
*Attorney for Proposed Intervenor*

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses disclosed on the Notice of Electronic Filing on June 23, 2026.

*/s/ Shelby Hale*
Shelby Hale, Legal Assistant

2